GEORGE A. GUTHRIE (SB# 201263)  (SPACE BELOW FOR FILING STAMP ONLY)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826
Telephone: (916) 400-2300
Fax:          (916) 400-2311

Attorneys for Use-Plaintiff/Plaintiff
CENTRAL VALLEY ENGINEERING & ASPHALT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, DIVISION OF FRESNO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the Use and Benefit of CENTRAL VALLEY ENGINEERING & ASPHALT, INC.; and CENTRAL VALLEY ENGINEERING & ASPHALT, INC., on its own behalf, | **Case No.** 1:10-CV-01166 |
| | **STIPULATION OF SETTLEMENT AND ORDER** |
| Plaintiffs, | |
| vs. | |
| I.E.—PACIFIC, INC.; TRAVELERS CASUALTY AND SURETY COMPANY; and DOES 1-10, inclusive, | |
| Defendants. | |

THE PARTIES to this action, by and through their respective counsel of record, hereby stipulate that the above-captioned matter has been settled.  Settlement funds have been received by plaintiff CENTRAL VALLEY ENGINEERING & ASPHALT, INC., which has deposited said funds and is simply awaiting confirmation that the funds have cleared and are available.

Within 21 days of the filing of this stipulation, assuming the settlement funds have cleared and are available to plaintiff, plaintiff will file a dismissal, with prejudice, of this action in its entirety.  This stipulation does not affect, replace or postpone the plaintiff's deadline to dismiss the case set forth in the settlement agreement.  Should plaintiff fail to

file such dismissal, and should no party have notified this court that the terms of the settlement have not been fulfilled, the court may enter such a dismissal with prejudice on its own authority.

SO STIPULATED.

DATED: November 15, 2010            MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                                    By:    /s/ GEORGE A. GUTHRIE
                                           George A. Guthrie
                                           Attorney for CENTRAL VALLEY
                                           ENGINEERING & ASPHALT, INC.

DATED: November 15, 2010            MARKS, GOLIA & FINCH, LLP

                                    By:    /s/ DUSTIN JONES
                                           P. Randolph Finch, Jr.
                                           Dustin R. Jones
                                           Counsel for TRAVELERS CASUALTY
                                           AND SURETY COMPANY and I.E.—
                                           PACIFIC, INC.

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that plaintiff is to file a dismissal with prejudice of this action within 21 days of the date of this stipulation. Should no dismissal be filed, and no party has notified this court that the terms of the Settlement Agreement have not been fulfilled, the Court shall dismiss with prejudice this matter on its own authority. Jurisdiction is expressly reserved to enforce the settlement agreement.

IT IS SO ORDERED.

   Dated:  **November 15, 2010**            **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE