UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CENTRAL VALLEY ENGINEERING &    )
ASPHAULT INC., ET AL,           )    1:10-CV-01166 OWW JLT
                                )
                                )
                                )
                                )    ORDER DISMISSING ACTION
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
I.E.PACIFIC, INC, ET AL.,       )
                                )
                                )
            Defendants.         )
                                )
                                )
```

Pursuant to the Stipulation of dismissal filed on 12/07/2010

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 10, 2010**           /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1